Avtar SINGH and Sukhraj
Kaur, Petitioners,

v.

Loretta E. LYNCH, Attorney
General, Respondent.

No. 13–72454.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 14, 2015.*

Filed Oct. 20, 2015.

Emmanuel Eke Enyinwa, Esquire, Law Office of Emmanuel Enyinwa, San Francisco, CA, for Petitioner.

O.I.L., Anna Nelson, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: SILVERMAN, BYBEE, and WATFORD, Circuit Judges.

MEMORANDUM **

Avtar Singh and Sukhraj Kaur, natives and citizens of India, petition for review of the Board of Immigration Appeals' ("BIA") order denying their motion to reopen. We dismiss the petition for review.

We lack jurisdiction to review the BIA's discretionary decision not to reopen proceedings sua sponte pursuant to 8 C.F.R.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

§ 1003.2(a). *See Mejia–Hernandez v. Holder,* 633 F.3d 818, 823–24 (9th Cir. 2011).

**PETITION FOR REVIEW DISMISSED.**